**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Eliseo PORTILLO–ARRAS, also known as Samuel Portillo–Ogaz, Defendant–Appellant.**

**No. 12–10385**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before DAVIS, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Eliseo Portillo–Arras raises an argument that he concedes is foreclosed by *United States v. Newson*, 515 F.3d 374, 377–78 (5th Cir.2008), which held that the Government may decline to move for an additional one-point reduction under United States Sentencing Guideline § 3E1.1(b) based on the defendant's refusal to waive his right to appeal. The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.